# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0795.  DANIEL K. MARSH, JR. v. THE STATE.**

Daniel K. Marsh, Jr. entered a plea of guilty to child molestation. Marsh subsequently filed a "Motion," in which he requested that the trial court vacate its void judgment because the indictment was flawed. The trial court denied the motion, and Marsh appeals.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Any appeal from an order denying or dismissing such a motion must be dismissed. See *Harper*, supra; *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Marsh is not authorized to collaterally attack his conviction in this manner, this appeal is subject to dismissal.  See  *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/06/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*